UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDON ADAMS, )
    Plaintiff, )
   ) No. 1:23-cv-1272
v. )
   ) Honorable Paul L. Maloney
JULIE CLEMENT, *et al.*, )
    Defendant. )
   )

## JUDGMENT

In accordance with the order entered on this date (ECF No. 7), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: February 8, 2024                  /s/ Paul L. Maloney
                                                     Paul L. Maloney
                                                     United States District Judge